# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SARIS, PATTI B. | U.S.D.C. MASSACHUSETTS | 10/05/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT COURT JUDGE (ACTIVE) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

J. J. MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY, SUITE 8110
BOSTON, MA 02210

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST #3 (See Part VIII) |
| 2. | CO-TRUSTEE | TRUST #4 (See Part VIII) |
| 3. | CO-TRUSTEE | TRUST #5 |
| 4. | Director | Bottom Line Inc., Boston, MA |
| 5. | Member Board of Directors | Federal Judges Association (FJA) |
| 6. | Director | Codman Academy Foundation Inc, Dorchester, MA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2013 | HARVARD BUSINESS SCHOOL PUBLISHING, MA - Royalties |
| 3. 2013 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. 2013 | HARVARD BUSINESS SCHOOL INTERACTIVE, INC, MA - seminar compensation |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FJA | 2/21-23/2013 | Dallas, TX | Board meetings | Transportation, meals & lodging |
| 2. | FJA | 4/23/2013 | Washington, DC | Congressional Reception | Transportation, meals & lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | RBC Wealth Management | Line of Credit | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mass. St G/O Cons Ln Series, Muni Bonds | D | Interest | | | Matured | 10/01/13 | M | | |
| 2. Venture Investors Fund, LP | | None | J | W | | | | | |
| 3. Bank of America (formerly Fleet Natl Bank), Bank Accounts (y) | | None | | | | | | | See Part VIII |
| 4. Realty Assoc Fund IV, LLC | | None | | | Redeemed | 12/31/13 | M | | |
| 5. Tucker Anthony Private Equity Fund I, LP | C | Distribution | J | W | | | | | |
| 6. TA Conference LLC | A | Distribution | M | W | | | | | |
| 7. Realty Associates Fund V, LLC | | None | | | Redeemed | 08/21/13 | O | | See Part VIII |
| 8. Tucker Anthony Private Equity Fund II | E | Distribution | L | W | | | | | |
| 9. Mass. In'l Fin Agy Municipal Bonds | C | Interest | | | Matured | 07/01/13 | L | | |
| 10. Tucker Anthony Private Equity Fund III | E | Distribution | L | U | | | | | |
| 11. Tucker Anthony Private Equity Technology LP | C | Distribution | L | W | | | | | |
| 12. Trust # 5 | F | Dividend | P2 | T | | | | | |
| 13. - Baupost Value Partners LP I | | | | | Redeemed (part) | 12/31/13 | O | | See Part VIII |
| 14. - Kensico Offshore Fd Ltd LP | | | | | | | | | |
| 15. - Van Eck Intl Invest Gold-A Mutual Fd | | | | | Sold | 12/17/13 | N | | |
| 16. - Dodge & Cox Income Fd mutual Fd | | | | | Sold | 04/01/13 | N | E | |
| 17. - Federated US Treas Cash money market (cash equiv) | | | | | Buy (add'l) | 01/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 5 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 19. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 20. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 21. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 22. | | | | | Buy (add'l) | 04/02/13 | P1 | | |
| 23. | | | | | Buy (add'l) | 05/02/13 | J | | |
| 24. | | | | | Buy (add'l) | 05/13/13 | K | | |
| 25. | | | | | Buy (add'l) | 05/29/13 | P1 | | |
| 26. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 27. | | | | | Buy (add'l) | 06/24/13 | K | | |
| 28. | | | | | Buy (add'l) | 07/02/13 | P1 | | |
| 29. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 30. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 31. | | | | | Buy (add'l) | 09/17/13 | J | | |
| 32. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 33. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 34. | | | | | Buy (add'l) | 12/03/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/18/13 | P1 | | |
| 36. | | | | | Buy (add'l) | 12/20/13 | O | | |
| 37. | | | | | Buy (add'l) | 12/24/13 | K | | |
| 38. | | | | | Buy (add'l) | 12/31/13 | O | | |
| 39. | | | | | Sold (part) | 01/02/13 | J | | |
| 40. | | | | | Sold (part) | 02/01/13 | J | | |
| 41. | | | | | Sold (part) | 02/12/13 | K | | |
| 42. | | | | | Sold (part) | 03/01/13 | J | | |
| 43. | | | | | Sold (part) | 03/20/13 | M | | |
| 44. | | | | | Sold (part) | 04/01/13 | J | | |
| 45. | | | | | Sold (part) | 04/03/13 | P1 | | |
| 46. | | | | | Sold (part) | 05/01/13 | J | | |
| 47. | | | | | Sold (part) | 05/07/13 | J | | |
| 48. | | | | | Sold (part) | 05/08/13 | L | | |
| 49. | | | | | Sold (part) | 05/13/13 | N | | |
| 50. | | | | | Sold (part) | 06/03/13 | J | | |
| 51. | | | | | Sold (part) | 06/18/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 06/28/13 | K | | |
| 53. | | | | | Sold (part) | 07/01/13 | J | | |
| 54. | | | | | Sold (part) | 08/01/13 | J | | |
| 55. | | | | | Sold (part) | 09/03/13 | J | | |
| 56. | | | | | Sold (part) | 09/10/13 | L | | |
| 57. | | | | | Sold (part) | 10/01/13 | J | | |
| 58. | | | | | Sold (part) | 11/01/13 | J | | |
| 59. | | | | | Sold (part) | 11/20/13 | J | | |
| 60. | | | | | Sold (part) | 12/02/13 | J | | |
| 61. | | | | | Sold (part) | 12/26/13 | P1 | | |
| 62. - PIMCO Emerging Mkts Curr Instl (mtl fd)- name chgd 8/16/11 | | | | | Sold (part) | 05/10/13 | M | D | |
| 63. | | | | | Sold | 12/17/13 | O | E | |
| 64. - Vanguard Dividend Appre, mutual fd | | | | | Sold | 04/01/13 | P1 | G | |
| 65. - Vanguard Developed Mkts Index, mutual fd | | | | | Sold | 04/01/13 | N | | |
| 66. - Vanguard Emerging Markets, mutual fd | | | | | Sold | 04/01/13 | N | | |
| 67. - Aberdeen Emerg Mkts-Inst(ABEMX) mutual fund (x) | | | | | Buy | 04/02/13 | P1 | | |
| 68. | | | | | Sold (part) | 12/17/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Independent Franchise Partners US Eq Fd (IFPUX) mutual fund (x) | | | | | Buy | 04/02/13 | P1 | | |
| 70. | | | | | Sold (part) | 12/17/13 | O | F | |
| 71. | | | | | Buy (add'l) | 12/20/13 | K | | |
| 72. - SPDR Gold Trust (GLD) (x) | | | | | Open | 04/15/13 | P1 | | See Part VIII |
| 73. | | | | | Sold (part) | 05/23/13 | P1 | G | |
| 74. | | | | | Open | 06/27/13 | P1 | | See Part VIII |
| 75. | | | | | Sold | 06/27/13 | P1 | G | |
| 76. Trust # 9 | D | Int./Div. | | | | | | | See Part VIII |
| 77. - Ishares MSCI Brazil Capped Index Fd ETF (EWZ) (mutual fd) | | | | | Sold | 05/24/13 | L | | See Part VIII |
| 78. - SPDR Gold Trust (mutual fd) | | | | | Distributed | 12/11/13 | K | | |
| 79. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 05/30/13 | L | | |
| 80. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 81. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 82. | | | | | Sold | 12/11/13 | M | | |
| 83. - Vanguard Dividend Appre, mutual fd | | | | | Distributed | 12/11/13 | M | | |
| 84. - Vanguard Emerging Markets, mutual fd | | | | | Distributed | 12/11/13 | M | | |
| 85. Trust # 10 | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Travelers Life & Annuity Ins Co, universal life insurance | | | | | | | | | |
| 87. Trust # 11 | A | Dividend | P1 | W | | | | | |
| 88. - Manulife Fin'l Corp (formerly JHancock Finl Svcs), common | | | | | | | | | |
| 89. - Sun Life Assurance, universal life insurance | | | | | | | | | |
| 90. - Manufacturers Life Ins, universal life (John Hancock) | | | | | | | | | |
| 91. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 11/16/13 | K | | |
| 92. | | | | | Buy (add'l) | 12/10/13 | J | | |
| 93. - Artisan Intl Value Fd Inv (ARTKX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 94. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 95. - Artisan Small Cap Value Fd Inv (ARTVX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 96. - Driehaus Emg Mkts Growth Fd (DREGX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 97. - FMI Large Cap Fd (FMIHX) mutual fund (x) | | | | | Buy | 11/05/13 | J | | |
| 98. - Harding Loevner Intl Equity Fd Ins (HLMIX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 99. - NB Equity Income Fd Ins (NBHIX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 100. - Pioneer Oak Small Cap Growth Fd Y (ORIYX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 101. - Vanguard 500 Index Fd Sig (VIFSX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 102. - NB High Income Bond Fd Ins (NHILX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - NB Muni Interm Term Bond fd (NMNLX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 104. | | | | | Sold (part) | 12/09/13 | J | | |
| 105. - PIMCO Commodity RR Strategy Fd Ins (PCRIX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 106. | | | | | Sold | 12/09/13 | J | A | |
| 107. - Ridgeworth Seix Floating Rate Fd Ins (SAMBX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 108. - Vanguard Interm Term T/E Fd Adm (VWIUX) mutual fd (x) | | | | | Buy | 11/05/13 | J | | |
| 109. MA Water Pollution Municipal Bonds | B | Interest | K | T | Matured (part) | 08/01/13 | L | | See Part VIII |
| 110. Tucker Anthony Private Equity Fund IV | E | Distribution | M | U | | | | | |
| 111. IRA Rollover | | | O | W | | | | | |
| 112. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | O | T | | | | | |
| 113. - Zoom Information Inc Cl B closely held | | None | J | W | | | | | |
| 114. Battery Ventures VI L.P. | E | Distribution | K | U | | | | | |
| 115. Friends of Lime Rock II L.P. | D | Distribution | J | U | | | | | |
| 116. Park St Capl Natural Res Fd L.P. | G | Distribution | N | U | | | | | |
| 117. Patron Capital L.P. I | E | Distribution | K | U | | | | | |
| 118. US Fidenza LLC | | None | K | U | | | | | |
| 119. US Wertheim LLC | G | Distribution | | | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MFB Northern Trust Co Funds Muni MM cash equiv. | A | Dividend | N | T | | | | | See Part VIII |
| 121. Northn AZ Univ Revs Municipal Bond | D | Interest | N | T | | | | | |
| 122. Park St Capital V LP | G | Distribution | O | U | | | | | |
| 123. Plymouth Rock Co Inc OC Cl A - common stock | | None | P2 | T | | | | | See Part VIII |
| 124. Friends of Lime Rock III LP | F | Distribution | O | W | | | | | |
| 125. Highfields Capital II LP | G | Distribution | N | W | | | | | |
| 126. Park St Natural Resource Fund II Combined (Private Equity) | G | Distribution | O | U | Buy (add'l) | 12/16/13 | J | | |
| 127. Park Street Capital VI (Private Equity Fd) | F | Distribution | O | U | | | | | |
| 128. Patron Capital LP II (private equity) | E | Distribution | O | W | | | | | |
| 129. Orion Eruopean Real Estate Fd II, C.V., LP | F | Distribution | M | U | | | | | |
| 130. US Dublin LLC | | None | L | U | | | | | |
| 131. Europa Fund II US LP | F | Distribution | N | W | Buy (add'l) | 05/22/13 | K | | |
| 132. Weston Presidio V LP | G | Distribution | O | W | Buy (add'l) | 06/26/13 | J | | |
| 133. NJ Dev Auth Municipal Bds | D | Interest | M | T | | | | | |
| 134. Trust # 18 | F | Distribution | P1 | T | | | | | |
| 135. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/05/13 | K | | |
| 136. | | | | | Buy (add'l) | 05/22/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 138. | | | | | Sold (part) | 01/08/13 | J | | |
| 139. | | | | | Sold (part) | 04/09/13 | K | | |
| 140. | | | | | Sold (part) | 06/07/13 | J | | |
| 141. | | | | | Sold (part) | 09/06/13 | J | | |
| 142. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 143. Trust # 19 | F | Distribution | P1 | T | | | | | |
| 144. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/03/13 | K | | |
| 145. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 146. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 147. | | | | | Sold (part) | 01/08/13 | J | | |
| 148. | | | | | Sold (part) | 04/09/13 | K | | |
| 149. | | | | | Sold (part) | 06/07/13 | J | | |
| 150. | | | | | Sold (part) | 09/06/13 | J | | |
| 151. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 152. Trust # 20 | F | Distribution | P1 | T | | | | | |
| 153. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/08/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 155. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 156. | | | | | Sold (part) | 01/08/13 | J | | |
| 157. | | | | | Sold (part) | 04/09/13 | K | | |
| 158. | | | | | Sold (part) | 06/07/13 | J | | |
| 159. | | | | | Sold (part) | 09/06/13 | J | | |
| 160. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 161. Trust # 21 | F | Distribution | P1 | T | | | | | |
| 162. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Buy (add'l) | 04/08/13 | K | | |
| 163. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 164. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 165. | | | | | Sold (part) | 01/08/13 | J | | |
| 166. | | | | | Sold (part) | 04/09/13 | K | | |
| 167. | | | | | Sold (part) | 06/07/13 | J | | |
| 168. | | | | | Sold (part) | 09/06/13 | J | | |
| 169. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 170. TA Investors L.P | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Wavemark Inc Ser A pfd stock | E | Distribution | J | W | | | | | See Part VIII |
| 172. Centerbridge Cap Ptnrs LPs (Priv. Eq) | G | Distribution | P1 | U | | | | | |
| 173. Lime Rock Partners IV LP (combined) (private equities) | G | Distribution | P1 | U | Buy (add'l) | 03/04/13 | K | | |
| 174. | | | | | Buy (add'l) | 10/13/13 | J | | |
| 175. Park St Cap Priv Eq Fd VII A LP | F | Distribution | N | U | Buy (add'l) | 03/25/13 | J | | |
| 176. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 177. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 178. Park St Cap Natural Res Fd III LP combined (priv Eq) | G | Distribution | P1 | U | Buy (add'l) | 12/18/13 | K | | |
| 179. Polaris Vent Part Entrep Fd V LP | F | Distribution | O | U | Buy (add'l) | 04/01/13 | K | | |
| 180. | | | | | Buy (add'l) | 07/19/13 | J | | |
| 181. | | | | | Buy (add'l) | 08/22/13 | J | | |
| 182. | | | | | Buy (add'l) | 11/19/13 | J | | |
| 183. Summit Ptrns Priv Eq Fd VII-A | G | Distribution | O | W | | | | | |
| 184. TA X LP (Priv Eq) | G | Distribution | P1 | U | | | | | |
| 185. SPDR Gold Tr (formerly Streettracks Gold Trust) mutual fd | | None | O | T | Donated (part) | | | | See Part VIII |
| 186. | | | | | Sold (part) | 05/21/13 | O | G | |
| 187. | | | | | Donated (part) | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Realty Assoc Fd V Corp (REIT) | | None | J | W | | | | | |
| 189. Maricopa Cty, AZ Municipal bds | D | Interest | N | T | | | | | |
| 190. Minneapolis, MN Municipal bds | D | Interest | M | T | | | | | |
| 191. University Idaho Municipal bds | D | Interest | M | T | | | | | |
| 192. Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | P1 | T | Buy (add'l) | 01/02/13 | M | | |
| 193. | | | | | Buy (add'l) | 01/04/13 | L | | |
| 194. | | | | | Buy (add'l) | 01/08/13 | N | | |
| 195. | | | | | Buy (add'l) | 01/11/13 | K | | |
| 196. | | | | | Buy (add'l) | 01/15/13 | L | | |
| 197. | | | | | Buy (add'l) | 01/18/13 | P1 | | |
| 198. | | | | | Buy (add'l) | 01/28/13 | L | | |
| 199. | | | | | Buy (add'l) | 01/29/13 | K | | |
| 200. | | | | | Buy (add'l) | 02/04/13 | L | | |
| 201. | | | | | Buy (add'l) | 02/05/13 | K | | |
| 202. | | | | | Buy (add'l) | 02/12/13 | M | | |
| 203. | | | | | Buy (add'l) | 02/13/13 | J | | |
| 204. | | | | | Buy (add'l) | 02/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 02/25/13 | M | | |
| 206. | | | | | Buy (add'l) | 02/26/13 | L | | |
| 207. | | | | | Buy (add'l) | 03/04/13 | J | | |
| 208. | | | | | Buy (add'l) | 03/08/13 | K | | |
| 209. | | | | | Buy (add'l) | 03/11/13 | J | | |
| 210. | | | | | Buy (add'l) | 03/19/13 | K | | |
| 211. | | | | | Buy (add'l) | 03/21/13 | J | | |
| 212. | | | | | Buy (add'l) | 03/22/13 | M | | |
| 213. | | | | | Buy (add'l) | 03/25/13 | J | | |
| 214. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 215. | | | | | Buy (add'l) | 03/27/13 | M | | |
| 216. | | | | | Buy (add'l) | 04/01/13 | P1 | | |
| 217. | | | | | Buy (add'l) | 04/02/13 | P1 | | |
| 218. | | | | | Buy (add'l) | 04/03/13 | P1 | | |
| 219. | | | | | Buy (add'l) | 04/04/13 | L | | |
| 220. | | | | | Buy (add'l) | 04/08/13 | J | | |
| 221. | | | | | Buy (add'l) | 04/09/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 04/23/13 | K | | |
| 223. | | | | | Buy (add'l) | 04/24/13 | L | | |
| 224. | | | | | Buy (add'l) | 04/26/13 | K | | |
| 225. | | | | | Buy (add'l) | 05/02/13 | K | | |
| 226. | | | | | Buy (add'l) | 05/06/13 | M | | |
| 227. | | | | | Buy (add'l) | 05/07/13 | M | | |
| 228. | | | | | Buy (add'l) | 05/08/13 | L | | |
| 229. | | | | | Buy (add'l) | 05/13/13 | K | | |
| 230. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 231. | | | | | Buy (add'l) | 05/15/13 | K | | |
| 232. | | | | | Buy (add'l) | 05/16/13 | M | | |
| 233. | | | | | Buy (add'l) | 05/21/13 | K | | |
| 234. | | | | | Buy (add'l) | 05/23/13 | J | | |
| 235. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 236. | | | | | Buy (add'l) | 05/29/13 | N | | |
| 237. | | | | | Buy (add'l) | 05/30/13 | P1 | | |
| 238. | | | | | Buy (add'l) | 06/06/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 06/07/13 | K | | |
| 240. | | | | | Buy (add'l) | 06/11/13 | K | | |
| 241. | | | | | Buy (add'l) | 06/12/13 | L | | |
| 242. | | | | | Buy (add'l) | 06/18/13 | L | | |
| 243. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 244. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 245. | | | | | Buy (add'l) | 06/21/13 | J | | |
| 246. | | | | | Buy (add'l) | 06/25/13 | M | | |
| 247. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 248. | | | | | Buy (add'l) | 06/28/13 | K | | |
| 249. | | | | | Buy (add'l) | 07/02/13 | M | | |
| 250. | | | | | Buy (add'l) | 07/03/13 | L | | |
| 251. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 252. | | | | | Buy (add'l) | 07/11/13 | K | | |
| 253. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 254. | | | | | Buy (add'l) | 07/29/13 | K | | |
| 255. | | | | | Buy (add'l) | 08/09/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Buy (add'l) | 08/12/13 | N | | |
| 257. | | | | | Buy (add'l) | 08/14/13 | K | | |
| 258. | | | | | Buy (add'l) | 08/15/13 | K | | |
| 259. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 260. | | | | | Buy (add'l) | 08/21/13 | O | | |
| 261. | | | | | Buy (add'l) | 08/22/13 | P1 | | |
| 262. | | | | | Buy (add'l) | 08/28/13 | P1 | | |
| 263. | | | | | Buy (add'l) | 09/05/13 | K | | |
| 264. | | | | | Buy (add'l) | 09/12/13 | K | | |
| 265. | | | | | Buy (add'l) | 09/17/13 | M | | |
| 266. | | | | | Buy (add'l) | 09/18/13 | K | | |
| 267. | | | | | Buy (add'l) | 09/19/13 | J | | |
| 268. | | | | | Buy (add'l) | 09/24/13 | L | | |
| 269. | | | | | Buy (add'l) | 09/25/13 | L | | |
| 270. | | | | | Buy (add'l) | 09/26/13 | K | | |
| 271. | | | | | Buy (add'l) | 09/27/13 | K | | |
| 272. | | | | | Buy (add'l) | 09/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 10/01/13 | K | | |
| 274. | | | | | Buy (add'l) | 10/02/13 | L | | |
| 275. | | | | | Buy (add'l) | 10/04/13 | K | | |
| 276. | | | | | Buy (add'l) | 10/07/13 | M | | |
| 277. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 278. | | | | | Buy (add'l) | 10/09/13 | L | | |
| 279. | | | | | Buy (add'l) | 10/11/13 | K | | |
| 280. | | | | | Buy (add'l) | 10/25/13 | L | | |
| 281. | | | | | Buy (add'l) | 10/28/13 | M | | |
| 282. | | | | | Buy (add'l) | 10/29/13 | L | | |
| 283. | | | | | Buy (add'l) | 11/04/13 | K | | |
| 284. | | | | | Buy (add'l) | 11/13/13 | K | | |
| 285. | | | | | Buy (add'l) | 11/14/13 | N | | |
| 286. | | | | | Buy (add'l) | 11/18/13 | K | | |
| 287. | | | | | Buy (add'l) | 11/19/13 | J | | |
| 288. | | | | | Buy (add'l) | 11/21/13 | L | | |
| 289. | | | | | Buy (add'l) | 11/22/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 11/26/13 | J | | |
| 291. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 292. | | | | | Buy (add'l) | 12/13/13 | K | | |
| 293. | | | | | Buy (add'l) | 12/16/13 | L | | |
| 294. | | | | | Buy (add'l) | 12/17/13 | J | | |
| 295. | | | | | Buy (add'l) | 12/19/13 | M | | |
| 296. | | | | | Buy (add'l) | 12/20/13 | P1 | | |
| 297. | | | | | Buy (add'l) | 12/23/13 | K | | |
| 298. | | | | | Buy (add'l) | 12/24/13 | P1 | | |
| 299. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 300. | | | | | Buy (add'l) | 12/31/13 | N | | |
| 301. | | | | | Sold (part) | 01/02/13 | J | | |
| 302. | | | | | Sold (part) | 01/03/13 | J | | |
| 303. | | | | | Sold (part) | 01/09/13 | J | | |
| 304. | | | | | Sold (part) | 01/10/13 | O | | |
| 305. | | | | | Sold (part) | 01/14/13 | J | | |
| 306. | | | | | Sold (part) | 01/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 01/16/13 | L | | |
| 308. | | | | | Sold (part) | 01/22/13 | P1 | | |
| 309. | | | | | Sold (part) | 01/23/13 | J | | |
| 310. | | | | | Sold (part) | 01/24/13 | J | | |
| 311. | | | | | Sold (part) | 01/25/13 | L | | |
| 312. | | | | | Sold (part) | 01/30/13 | K | | |
| 313. | | | | | Sold (part) | 01/31/13 | J | | |
| 314. | | | | | Sold (part) | 02/01/13 | K | | |
| 315. | | | | | Sold (part) | 02/04/13 | J | | |
| 316. | | | | | Sold (part) | 02/11/13 | K | | |
| 317. | | | | | Sold (part) | 02/12/13 | J | | |
| 318. | | | | | Sold (part) | 02/14/13 | K | | |
| 319. | | | | | Sold (part) | 02/15/13 | J | | |
| 320. | | | | | Sold (part) | 02/21/13 | K | | |
| 321. | | | | | Sold (part) | 02/22/13 | J | | |
| 322. | | | | | Sold (part) | 02/25/13 | L | | |
| 323. | | | | | Sold (part) | 02/27/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 03/01/13 | K | | |
| 325. | | | | | Sold (part) | 03/04/13 | K | | |
| 326. | | | | | Sold (part) | 03/05/13 | K | | |
| 327. | | | | | Sold (part) | 03/07/13 | M | | |
| 328. | | | | | Sold (part) | 03/08/13 | M | | |
| 329. | | | | | Sold (part) | 03/13/13 | L | | |
| 330. | | | | | Sold (part) | 03/14/13 | K | | |
| 331. | | | | | Sold (part) | 03/15/13 | K | | |
| 332. | | | | | Sold (part) | 03/18/13 | J | | |
| 333. | | | | | Sold (part) | 03/20/13 | K | | |
| 334. | | | | | Sold (part) | 03/21/13 | L | | |
| 335. | | | | | Sold (part) | 03/22/13 | J | | |
| 336. | | | | | Sold (part) | 03/25/13 | K | | |
| 337. | | | | | Sold (part) | 03/27/13 | M | | |
| 338. | | | | | Sold (part) | 03/28/13 | P1 | | |
| 339. | | | | | Sold (part) | 04/01/13 | K | | |
| 340. | | | | | Sold (part) | 04/13/13 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 04/05/13 | J | | |
| 342. | | | | | Sold (part) | 04/09/13 | O | | |
| 343. | | | | | Sold (part) | 04/10/13 | O | | |
| 344. | | | | | Sold (part) | 04/12/13 | J | | |
| 345. | | | | | Sold (part) | 04/15/13 | J | | |
| 346. | | | | | Sold (part) | 04/16/13 | J | | |
| 347. | | | | | Sold (part) | 04/17/13 | M | | |
| 348. | | | | | Sold (part) | 04/18/13 | J | | |
| 349. | | | | | Sold (part) | 04/22/13 | K | | |
| 350. | | | | | Sold (part) | 04/25/13 | J | | |
| 351. | | | | | Sold (part) | 04/29/13 | J | | |
| 352. | | | | | Sold (part) | 04/30/13 | J | | |
| 353. | | | | | Sold (part) | 05/01/13 | K | | |
| 354. | | | | | Sold (part) | 05/03/13 | K | | |
| 355. | | | | | Sold (part) | 05/08/13 | K | | |
| 356. | | | | | Sold (part) | 05/09/13 | K | | |
| 357. | | | | | Sold (part) | 05/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 05/15/13 | J | | |
| 359. | | | | | Sold (part) | 05/17/13 | J | | |
| 360. | | | | | Sold (part) | 05/22/13 | K | | |
| 361. | | | | | Sold (part) | 06/03/13 | P1 | | |
| 362. | | | | | Sold (part) | 06/05/13 | J | | |
| 363. | | | | | Sold (part) | 06/06/13 | J | | |
| 364. | | | | | Sold (part) | 06/07/13 | K | | |
| 365. | | | | | Sold (part) | 06/10/13 | L | | |
| 366. | | | | | Sold (part) | 06/11/13 | J | | |
| 367. | | | | | Sold (part) | 06/13/13 | J | | |
| 368. | | | | | Sold (part) | 06/17/13 | J | | |
| 369. | | | | | Sold (part) | 06/19/13 | J | | |
| 370. | | | | | Sold (part) | 06/21/13 | K | | |
| 371. | | | | | Sold (part) | 06/24/13 | J | | |
| 372. | | | | | Sold (part) | 06/26/13 | M | | |
| 373. | | | | | Sold (part) | 06/27/13 | J | | |
| 374. | | | | | Sold (part) | 07/01/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 07/05/13 | J | | |
| 376. | | | | | Sold (part) | 07/08/13 | M | | |
| 377. | | | | | Sold (part) | 07/09/13 | M | | |
| 378. | | | | | Sold (part) | 07/10/13 | K | | |
| 379. | | | | | Sold (part) | 07/11/13 | K | | |
| 380. | | | | | Sold (part) | 07/12/13 | J | | |
| 381. | | | | | Sold (part) | 07/15/13 | K | | |
| 382. | | | | | Sold (part) | 07/16/13 | J | | |
| 383. | | | | | Sold (part) | 07/17/13 | K | | |
| 384. | | | | | Sold (part) | 07/18/13 | J | | |
| 385. | | | | | Sold (part) | 07/19/13 | K | | |
| 386. | | | | | Sold (part) | 07/22/13 | K | | |
| 387. | | | | | Sold (part) | 07/25/13 | O | | |
| 388. | | | | | Sold (part) | 07/26/13 | J | | |
| 389. | | | | | Sold (part) | 07/30/13 | J | | |
| 390. | | | | | Sold (part) | 07/31/13 | J | | |
| 391. | | | | | Sold (part) | 08/01/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 08/02/13 | J | | |
| 393. | | | | | Sold (part) | 08/08/13 | K | | |
| 394. | | | | | Sold (part) | 08/09/13 | L | | |
| 395. | | | | | Sold (part) | 08/13/13 | J | | |
| 396. | | | | | Sold (part) | 08/15/13 | J | | |
| 397. | | | | | Sold (part) | 08/19/13 | J | | |
| 398. | | | | | Sold (part) | 08/21/13 | J | | |
| 399. | | | | | Sold (part) | 08/23/13 | J | | |
| 400. | | | | | Sold (part) | 08/26/13 | P1 | | |
| 401. | | | | | Sold (part) | 08/29/13 | P1 | | |
| 402. | | | | | Sold (part) | 08/30/13 | O | | |
| 403. | | | | | Sold (part) | 09/03/13 | L | | |
| 404. | | | | | Sold (part) | 09/04/13 | J | | |
| 405. | | | | | Sold (part) | 09/06/13 | M | | |
| 406. | | | | | Sold (part) | 09/09/13 | J | | |
| 407. | | | | | Sold (part) | 09/10/13 | N | | |
| 408. | | | | | Sold (part) | 09/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 09/13/13 | J | | |
| 410. | | | | | Sold (part) | 09/16/13 | J | | |
| 411. | | | | | Sold (part) | 09/19/13 | K | | |
| 412. | | | | | Sold (part) | 09/20/13 | L | | |
| 413. | | | | | Sold (part) | 09/23/13 | K | | |
| 414. | | | | | Sold (part) | 09/26/13 | J | | |
| 415. | | | | | Sold (part) | 09/27/13 | K | | |
| 416. | | | | | Sold (part) | 10/01/13 | K | | |
| 417. | | | | | Sold (part) | 10/03/13 | M | | |
| 418. | | | | | Sold (part) | 10/10/13 | L | | |
| 419. | | | | | Sold (part) | 10/15/13 | J | | |
| 420. | | | | | Sold (part) | 10/16/13 | J | | |
| 421. | | | | | Sold (part) | 10/17/13 | J | | |
| 422. | | | | | Sold (part) | 10/23/13 | J | | |
| 423. | | | | | Sold (part) | 10/29/13 | K | | |
| 424. | | | | | Sold (part) | 10/30/13 | J | | |
| 425. | | | | | Sold (part) | 10/31/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 29 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 11/01/13 | L | | |
| 427. | | | | | Sold (part) | 11/05/13 | J | | |
| 428. | | | | | Sold (part) | 11/06/13 | J | | |
| 429. | | | | | Sold (part) | 11/08/13 | L | | |
| 430. | | | | | Sold (part) | 11/12/13 | L | | |
| 431. | | | | | Sold (part) | 11/13/13 | J | | |
| 432. | | | | | Sold (part) | 11/15/13 | J | | |
| 433. | | | | | Sold (part) | 11/20/13 | K | | |
| 434. | | | | | Sold (part) | 11/21/13 | J | | |
| 435. | | | | | Sold (part) | 11/25/13 | J | | |
| 436. | | | | | Sold (part) | 12/02/13 | K | | |
| 437. | | | | | Sold (part) | 12/03/13 | M | | |
| 438. | | | | | Sold (part) | 12/04/13 | K | | |
| 439. | | | | | Sold (part) | 12/05/13 | K | | |
| 440. | | | | | Sold (part) | 12/06/13 | J | | |
| 441. | | | | | Sold (part) | 12/10/13 | J | | |
| 442. | | | | | Sold (part) | 12/11/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 12/12/13 | J | | |
| 444. | | | | | Sold (part) | 12/17/13 | M | | |
| 445. | | | | | Sold (part) | 12/18/13 | K | | |
| 446. | | | | | Sold (part) | 12/20/13 | J | | |
| 447. | | | | | Sold (part) | 12/26/13 | P1 | | |
| 448. | | | | | Sold (part) | 12/27/13 | P1 | | |
| 449. | | | | | Sold (part) | 12/30/13 | K | | |
| 450. | | | | | Sold (part) | 12/31/13 | J | | |
| 451. Local Motors Series A pfd closely held | | None | J | W | | | | | |
| 452. Van Eck Intl Invest Gold A mutual fd | F | Dividend | P1 | T | Buy (add'l) | 09/26/13 | L | | |
| 453. | | | | | Sold (part) | 08/21/13 | P1 | | |
| 454. Hephaestion II LP priv eq | F | Distribution | P1 | U | | | | | |
| 455. Hephaestion Retail LP priv eq | E | Distribution | O | U | | | | | |
| 456. Portland Global Real Est Sec Fd LP (y) | | | | | | | | | See Part VIII |
| 457. Blackstone Distressed Securities Fd LP (y) | | None | | | | | | | See Part VIII |
| 458. Penta Asia Domestic Partners LP | G | Distribution | O | U | | | | | |
| 459. PSC Luxembourg Hldgs LLC | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Trust # 22 | G | Distribution | P2 | W | | | | | |
| 461. - Int in MECM Assoc II LLC closely held | | | | | Distributed (part) | 04/30/13 | N | | |
| 462. - Hephaestion LP | | | | | Buy (add'l) | 01/14/13 | L | | |
| 463. | | | | | Redeemed (part) | 08/13/13 | L | | |
| 464. | | | | | Redeemed (part) | 09/06/13 | M | | |
| 465. | | | | | Redeemed (part) | 10/08/13 | M | | |
| 466. - Hephaestion Co-invest I LP | | | | | Buy (add'l) | 10/22/13 | J | | |
| 467. - Porus Invt Hldg Co Ltd LP | | | | | | | | | |
| 468. - Xander Master Fund LLC | | | | | | | | | |
| 469. - Federated US Treas Cash reserve money mrkt mutual fd | | | | | Buy (add'l) | 01/02/13 | L | | |
| 470. | | | | | Buy (add'l) | 02/27/13 | J | | |
| 471. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 472. | | | | | Buy (add'l) | 08/14/13 | L | | |
| 473. | | | | | Buy (add'l) | 09/06/13 | M | | |
| 474. | | | | | Buy (add'l) | 10/09/13 | M | | |
| 475. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 476. | | | | | Buy (add'l) | 12/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 01/14/13 | L | | |
| 478. | | | | | Sold (part) | 04/08/13 | J | | |
| 479. | | | | | Sold (part) | 07/09/13 | J | | |
| 480. | | | | | Sold (part) | 10/22/13 | J | | |
| 481.   Trust # 23 | F | Int./Div. | P1 | T | | | | | |
| 482.   - SPDR Gold Tr mutual fund | | | | | | | | | |
| 483.   - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/08/13 | J | | |
| 484. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 485. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 486. | | | | | Buy (add'l) | 12/31/13 | K | | |
| 487. | | | | | Sold (part) | 06/07/13 | J | | |
| 488. | | | | | Sold (part) | 09/06/13 | J | | |
| 489.   - Realty Associates Fd IV LLC | | | | | Redeemed | 12/31/13 | K | | See Part VIII |
| 490.   - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 491.   Trust # 24 | F | Int./Div. | P1 | T | | | | | |
| 492.   - SPDR Gold Tr mutual fund | | | | | | | | | |
| 493.   - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/08/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 495. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 496. | | | | | Buy (add'l) | 12/31/13 | K | | |
| 497. | | | | | Sold (part) | 06/07/13 | J | | |
| 498. | | | | | Sold (part) | 09/06/13 | J | | |
| 499. - Realty Associates Fd IV LLC | | | | | Redeemed | 12/31/13 | K | | See Part VIII |
| 500. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 501. Trust # 25 | F | Int./Div. | P1 | T | | | | | |
| 502. - SPDR Gold Tr mutual fund | | | | | | | | | |
| 503. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/08/13 | J | | |
| 504. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 505. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 506. | | | | | Buy (add'l) | 12/31/13 | K | | |
| 507. | | | | | Sold (part) | 06/07/13 | J | | |
| 508. | | | | | Sold (part) | 09/06/13 | J | | |
| 509. - Realty Associates Fd IV LLC | | | | | Redeemed | 12/31/13 | K | | See Part VIII |
| 510. - Int in MECM Investments LLC (closely held) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Trust # 26 | F | Int./Div. | P1 | T | | | | | |
| 512. - SPDR Gold Tr mutual fund | | | | | | | | | |
| 513. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 01/08/13 | J | | |
| 514. | | | | | Buy (add'l) | 05/22/13 | J | | |
| 515. | | | | | Buy (add'l) | 08/21/13 | J | | |
| 516. | | | | | Buy (add'l) | 12/31/13 | K | | |
| 517. | | | | | Sold (part) | 06/07/13 | J | | |
| 518. | | | | | Sold (part) | 09/06/13 | J | | |
| 519. - Realty Associates Fd IV LLC | | | | | Redeemed | 12/31/13 | K | | See Part VIII |
| 520. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 521. Liveprocess Crop Ser A pfd stock | | None | J | T | | | | | |
| 522. Neurophage Pharmls Inc Series A cv pfd stock | | None | J | T | | | | | |
| 523. Wavemark Inc Ser B pfd stock | E | Distribution | J | W | | | | | See Part VIII |
| 524. Meridia Capital LP | G | Distribution | M | U | Buy (add'l) | 07/19/13 | J | | |
| 525. Meta4 Group Ltd LP | | None | J | U | | | | | |
| 526. Elliott Associates, LP | | None | P2 | U | | | | | |
| 527. Hony Capital Fund 2008, LP | F | Distribution | P1 | U | Buy (add'l) | 03/27/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 529.  Line Rock Partners V, LP combined | G | Distribution | P1 | U | Buy (add'l) | 01/25/13 | K | | |
| 530. | | | | | Buy (add'l) | 03/13/13 | L | | |
| 531. | | | | | Buy (add'l) | 05/03/13 | K | | |
| 532. | | | | | Buy (add'l) | 07/08/13 | J | | |
| 533. | | | | | Buy (add'l) | 09/23/13 | J | | |
| 534.  Lone Star Fund VI (US), LP | G | Distribution | P1 | U | | | | | |
| 535.  Lone Star Europe Holdings (US), LP | B | Distribution | N | U | | | | | |
| 536.  Lone Star Real Estate Fund (US), LP | G | Distribution | M | U | | | | | |
| 537.  Middle East North Africa Opportunities Fd, LP | | None | K | W | | | | | |
| 538.  MA Health & Ed Municipal Bds (y) | | None | | | | | | | See Parat VIII |
| 539.  MECM Associates LLC closely held | A | Dividend | P3 | W | | | | | See Part VIII |
| 540.  - Abrams Capital Partners II LP | | None | P2 | W | | | | | |
| 541.  - Baupost Value Partners LP II | | None | P2 | U | Redeemed (part) | 12/31/13 | P1 | | See Part VIII |
| 542.  - Brookside Cap Partners Fd LP | | None | O | W | Redeemed (part) | 10/06/13 | P1 | G | |
| 543.  - Kensico Associates LP | | None | P2 | U | | | | | |
| 544.  - Federated US Treas Rsv cash eq mutual fd | A | Dividend | P1 | T | Buy (add'l) | 10/17/13 | P1 | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 10/05/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 12/20/13 | P1 | | |
| 546. | | | | | Buy (add'l) | 12/31/13 | P1 | | |
| 547. | | | | | Sold (part) | 12/26/13 | P1 | | |
| 548.  - PAR Investment Partners LP (private equity) | | None | P2 | W | Buy (add'l) | 01/02/13 | P1 | | |
| 549.  - Marathon Global Fd International Equity Fd (private equity) (x) | | None | P1 | W | Buy | 12/26/13 | P1 | | |
| 550.  Auburndale FL Municipal bds | D | Interest | | | Sold | 05/28/13 | N | E | |
| 551.  Berkeley Cty SC Municipal bd | D | Interest | M | T | Sold (part) | 05/28/13 | N | E | |
| 552.  Hawaii St Municipal Bds | D | Interest | M | T | Sold (part) | 12/23/13 | M | D | |
| 553.  Chatham Cty GA Municipal Bds | C | Interest | M | T | | | | | |
| 554.  MA St College Bds Municipal Bds | E | Interest | M | T | Sold (part) | 12/23/13 | M | D | |
| 555.  Trust # 27 | D | Int./Div. | O | T | | | | | |
| 556.  - Ishares MSCI Brazil Capped Index Fd ETF (EWZ) | | | | | Sold | 05/24/13 | L | | See Part VIII |
| 557.  - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 558.  - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 04/08/13 | J | | |
| 559. | | | | | Buy (add'l) | 05/30/13 | L | | |
| 560. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 561. | | | | | Buy (add'l) | 09/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 76

Name of Person Reporting

SARIS, PATTI B.

Date of Report

10/05/2014

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 563. | | | | | Sold (part) | 02/14/13 | J | | |
| 564. | | | | | Sold (part) | 03/18/13 | J | | |
| 565. | | | | | Sold (part) | 03/20/13 | J | | |
| 566. | | | | | Sold (part) | 04/10/13 | J | | |
| 567. | | | | | Sold (part) | 04/17/13 | J | | |
| 568. | | | | | Sold (part) | 07/16/13 | J | | |
| 569. | | | | | Sold (part) | 07/23/13 | J | | |
| 570. | | | | | Sold (part) | 10/16/13 | J | | |
| 571. | | | | | Sold (part) | 10/31/13 | J | | |
| 572. | | | | | Sold (part) | 12/16/13 | J | | |
| 573. - Vanguard Dividend Appre, mutual fd | | | | | | | | | |
| 574. - Vanguard Emerging Markets, mutual fd | | | | | | | | | |
| 575. Trust # 28 | D | Int./Div. | P1 | T | | | | | |
| 576. - Ishares MSCI Brazil Capped Index Fd ETF (EWZ) | | | | | Sold | 05/24/13 | L | | See Part VIII |
| 577. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 578. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 04/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. | | | | | Buy (add'l) | 05/30/13 | L | | |
| 580. | | | | | Buy (add'l) | 06/25/13 | J | | |
| 581. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 582. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 583. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 584. | | | | | Sold (part) | 04/10/13 | J | | |
| 585. | | | | | Sold (part) | 07/16/13 | J | | |
| 586.  - Vanguard Dividend Appre, mutual fd | | | | | | | | | |
| 587.  - Vanguard Emerging Markets, mutual fd | | | | | | | | | |
| 588.  CX Partners Fd Limited (private eq) | D | Distribution | O | W | Buy (add'l) | 03/15/13 | J | | |
| 589. | | | | | Buy (add'l) | 03/27/13 | K | | |
| 590. | | | | | Buy (add'l) | 04/17/13 | L | | |
| 591. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 592. | | | | | Buy (add'l) | 12/13/13 | K | | |
| 593.  Hephaestion III LP | F | Distribution | P1 | U | | | | | |
| 594.  Orion European Real Estate Fd III CV (priv eq) | E | Distribution | O | U | Buy (add'l) | 02/25/13 | L | | |
| 595. | | | | | Buy (add'l) | 12/04/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |